JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Schneider Electric USA, Inc., )<br>)<br>     Plaintiff, )<br>)<br>     v. )<br>)<br>Curley Wholesale Electric, Inc., )<br>)<br>     Defendant(s). )<br>)<br>_____ ) | SACV 12-00341 JVS (ANx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED:   May 30, 2012

_____
James V. Selna
United States District Judge