Michael I. Wayne, Esq. (CSB # 169840)
mwayne@gglts.com
Bryan M. Gragg, Esq. (CSB # 271836)
bgragg@gglts.com
GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP
1880 Century Park East, 12th Floor
Los Angeles, California 90067-1621
(310) 552-3400
Fax (310) 552-0805

Attorneys for Plaintiff
SCHNEIDER ELECTRIC USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| SCHNEIDER ELECTRIC USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CURLEY WHOLESALE ELECTRIC, INC., a California corporation,<br><br>Defendant. | Case No.  SACV12-00341- JVS<br><br>**JUDGMENT PURSUANT TO WRITTEN STIPULATION** |

Plaintiff, Plaintiff, SCHNEIDER ELECTRIC USA, INC., a Delaware corporation ("SCHNEIDER"), and Defendant, CURLEY WHOLESALE ELECTRIC, INC., a California corporation ("CURLEY"), having signed a written Stipulation for Entry of Judgment in this action and said Stipulation having been filed herein:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1

Schneider Electric v. Curley Wholesale Electric - proposed judgment.doc

*JUDGMENT*

SCHNEIDER recover from CURLEY the following amounts:

| | |
|---|---|
| Amount of Stipulated Judgment | $818,000.00 |
| Credits For Payments Made | $ 70,000.00 - |
| SUB-TOTAL | $748,000.00 |
| Interest Per Stipulation | $ 119,884.05 |
| Attorney's Fees Per Stipulation | $ 1,000.00 |
| **TOTAL** | **$868,884.05** |

**DATED: January 10, 2014**        _____

**JUDGE OF THE UNITED STATES DISTRICT COURT**